UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| RISEN ENERGY CO., LTD. <br>           Plaintiff, <br><br> JINGAO SOLAR CO., LTD.., ET AL., <br>           Consolidated Plaintiffs, <br><br> and <br><br> SHANGHAI BYD CO., LTD., TRINA SOLAR CO., LTD., ET AL., <br>           Plaintiff-Intervenors, <br> v. <br><br> UNITED STATES, <br>           Defendant. | Consol. Court No. 20-3912 |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to U.S. Court of International Trade Rule 56.2(a), counsel for the parties to the above-captioned matter have consulted and submit to the Court the following Joint Status Report and Proposed Briefing Schedule.

## I.  JOINT STATUS REPORT

In response to the questions set forth in Rule 56.2(a), the parties state the following:

**1.  Does the court have jurisdiction over the action?**

Plaintiff, Consolidated Plaintiffs, and Plaintiff-Intervenors assert that the Court has jurisdiction over this action pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), 1516a(a)(2)(B)(iii), and 28 U.S.C. § 1581(c). Defendant is unaware of any basis to challenge the Court's jurisdiction at this time.

**2.    Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

The Court's order dated February 26, 2021 (ECF No.38) consolidated *Jingao Solar Co., Ltd. et al. v. United States*, Court No. 21-0004 under this lead case. The parties agree that there are no additional cases that should be consolidated with this case. The parties further agree that no portion of this case should be severed at this time.

**3.    Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?**

The parties agree that this case should not be deferred pending resolution of another case before the Court or any other tribunal.

**4.    Should the court be aware of any other information at this time?**

The parties are not aware of any other information of which the Court should be aware at this time.

## II. PROPOSED BRIEFING SCHEDULE

After consultation pursuant to USCIT Rule 56.2, taking into account the schedules of the parties' counsel, the parties agree that this case should be decided pursuant to USCIT Rule 56.2, Judgment Upon an Agency Record for an Action Described in 28 U.S.C. § 1581(c). The parties agree that the following schedule is appropriate in this case:

| | |
|---|---|
| July 15, 2021 | Plaintiff, Consolidated Plaintiffs, and Plaintiff-Intervenors shall file their motions for judgment on the agency record and supporting briefs. |
| September 23, 2021 | Defendant and Defendant-Intervenor shall file their response briefs. |

| | |
|---|---|
| October 22, 2021 | Plaintiff, Consolidated Plaintiffs, and Plaintiff-Intervenors shall file their reply briefs. |

Pursuant to Rule 56.2(c)(3), within 14 days of the date of filing of the reply briefs, i.e., on November 5, 2021, Plaintiff will file a single joint appendix containing a copy of those portions of the administrative record cited in the briefs filed by all parties.

Pursuant to Rule 56.2(e), within 21 days of the date of filing of the reply briefs, i.e. currently November 12, 2021, motions for oral argument, if any, shall be filed.

Respectfully submitted,

On behalf of Plaintiff Risen Energy Co., Ltd.:

/s/ Gregory Stephen Menegaz
Gregory Stephen Menegaz
**deKieffer & Horgan, PLLC**
1090 Vermont Avenue, NW, Suite 410
Washington, DC 20004
Tel: (202) 783-6900
Email: gmenegaz@dhlaw.com

On behalf of the United States:

    BRIAN M. BOYNTON
    Acting Assistant Attorney General

    JEANNE E. DAVIDSON
    Director

    /s/ Tara K. Hogan.
    TARA K. HOGAN.
    Assistant Director

OF COUNSEL:    /s/ Justin R. Miller
SPENCER NEFF    Justin R. Miller
Attorney    Attorney-In-Charge
U.S. Department of Commerce    International Trade Field Office
Office of the Chief Counsel    Department of Justice, Civil Division
for Trade Enforcement & Compliance    26 Federal Plaza – Suite 346
    New York, New York 10278
    Tel: (212) 264-9241
    Email: justin.r.miller@usdoj.gov

On behalf of Plaintiff-Intervenors Trina Solar Co., Ltd., et al.:

    /s/ Kenneth N. Hammer
    Kenneth N. Hammer
    **Trade Pacific, PLLC**
    700 Pennslyvania Avenue SE
    Suite 500
    Washington, DC 20003
    Tel: (202) 223-3760

On behalf of Plaintiff-Intervenor Shanghai BYD Co., Ltd.:

/s/ Craig A. Lewis
Craig A. Lewis
**Hogan Lovells US LLP**
Columbia Square Building
555 Thirteenth Street, NW.
Washington, DC 20004
Tel: (202) 637-8613


On behalf of Consolidated Plaintiffs and Plaintiff-Intervenors JingAo Solar Co., Ltd. et al.:

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
**Mowry & Grimson, PLLC**
5335 Wisconsin Avenue, NW.
Suite 810
Washington, DC 20015-2052
Tel: (202) 688-3610


Dated: May 7, 2021

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| RISEN ENERGY CO., LTD. <br>     Plaintiff, <br><br> JINGAO SOLAR CO., LTD.., ET AL., <br>     Consolidated Plaintiffs, <br><br> and <br><br> SHANGHAI BYD CO., LTD., TRINA SOLAR CO., LTD., ET AL., <br>     Plaintiff-Intervenors, <br>   v. <br><br> UNITED STATES, <br>     Defendant. | Consol. Court No. 20-3912 |

## ORDER

Upon consideration of the parties' Joint Status Report and Proposed Briefing Schedule, it is hereby

**ORDERED** that the following briefing schedule is established:

| | |
|---|---|
| July 15, 2021 | Plaintiff, Consolidated Plaintiffs, and Plaintiff-Intervenors shall file their motions for judgment on the agency record and supporting briefs. |
| September 23, 2021 | Defendant and Defendant-Intervenor shall file their response briefs. |
| October 22, 2021 | Plaintiff, Consolidated Plaintiffs, and Plaintiff-Intervenors shall file their reply briefs. |

Pursuant to Rule 56.2(c)(3), within 14 days of the date of filing of the reply briefs, i.e., on November 5, 2021, Plaintiff will file a single joint appendix containing a copy of those portions of the administrative record cited in the briefs filed by all parties.

1

Pursuant to Rule 56.2(e), within 21 days of the date of filing of the reply briefs, i.e. currently November 12, 2021, motions for oral argument, if any, shall be filed.

**SO ORDERED.**

_____
The Hon. Jane A. Restani, Judge
United States Court of International Trade

Dated: _____
           New York, New York