ERRATA

In <u>Risen Energy Co. v. United States</u>, Consol. Court No. 20-03912, Slip Op. 23-161, dated November 17, 2023

Page 7: On line 3, replace "all of the customers provided non-use certifications, and all of the significant customers provided their own financial records to Commerce" with "that its customers supplied non-use certifications that accounted for almost all sales, and that all of its significant customers provided their own financial records to Commerce".

November 22, 2023