Slip Op. 23-185

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| RISEN ENERGY CO., LTD., <br><br> Plaintiff, <br><br> JINGAO SOLAR CO., LTD., *ET AL*., <br><br> Consolidated Plaintiffs, <br><br> and <br><br> SHANGHAI BYD CO., LTD., TRINA SOLAR CO., LTD., *ET AL*. <br><br> Plaintiff-Intervenors <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Jane A. Restani, Judge <br><br> Consol. Court No. 20-03912 |

## JUDGMENT

[Commerce's Final Results in the Sixth Administrative Review of Commerce's countervailing duty order on crystalline silicon photovoltaic cells from the People's Republic of China are sustained.]

Dated: December 19, 2023

Gregory S. Menegaz and Alexandra H. Salzman, deKieffer & Horgan, PLLC, of Washington, DC, for the plaintiff Risen Energy Co., Ltd.  With them on the brief was James K. Horgan.

Jeffrey S. Grimson, Mowry & Grimson, PLLC, of Washington, DC, for consolidated plaintiff JingAo Solar Co., Ltd. With him on the brief were Sarah M. Wyss, Bryan P. Cenko, Jill A. Cramer, Yixin (Cleo) Li, and Ronalda G. Smith.

Craig A. Lewis, Hogan Lovells US LLP, of Washington DC, for plaintiff-intervenor Shanghai BYD Co., Ltd.

Jonathan M. Freed, Trade Pacific PLLC, of Washington DC, for plaintiff-intervenor Trina Solar Co., Ltd. With him on the brief were Robert G. Gosselink, MacKensie R. Sugama and Kenneth N. Hammer.

Joshua E. Kurland, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, of Washington, DC, for the defendant. With him on the brief were Brian M. Boynton, Principal Deputy Assistant Attorney General, Patricia M. McCarthy, Director, and Reginald T. Blades, Jr., Assistant Director. Of counsel on the brief was Spencer Neff, Attorney, Office of Chief Counsel for Trade Enforcement & Compliance, U.S. Department of Commerce, of Washington, DC.

    This matter is before the court following issuance of the results of a third remand order. See Redetermination Pursuant to Court Remand Order, ECF No. 137 (Dec. 7, 2023) ("Third Remand Results"); see also Risen Energy Co., Ltd. v. United States, Slip Op. 23-161, 2023 WL 7991650 (CIT Nov. 17, 2023). All parties agree that the United States Department of Commerce ("Commerce") has complied with the remand order of the court and no party objects to the results. See id.; Comments in Support of Third Remand Redetermination of Consolidated Plaintiffs JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd., JA Solar Technology Yangzhou Co., Ltd., Hefei Ja Solar Technology Co., Ltd. and JA Solar (Xingtai) Co., Ltd. at 2, ECF No. 138 (Dec. 18, 2023); Plaintiff-Intervenor Shanghai BYD Co., Ltd.'s Comments in Support of the Final Results of Remand Redetermination, ECF No. 139 (Dec. 18, 2023); Plaintiff-Intervenor Trina's Comments on Final Results of Third Remand Redetermination, ECF No. 140 (Dec. 18, 2023). The Third Remand Results comply with the court's order. See Risen, Slip Op. 23-161, 2023 WL 7991650 (CIT Nov. 17, 2023). Accordingly, it is

    **ORDERED**, **ADJUDGED**, and **DECREED** that the Third Remand Results by Commerce are **SUSTAINED**.

                                  /s/ Jane A. Restani  
                                  Jane A. Restani, Judge

Dated: December 19, 2023  
       New York, New York