IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| RISEN ENERGY CO., LTD., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and | )<br>) |
| JINGAO SOLAR CO., LTD., SHANGHAI JA SOLAR TECHNOLOGY CO., LTD., JA SOLAR TECHNOLOGY YANGZHOU CO., LTD., HEFEI JA SOLAR TECHNOLOGY CO., LTD., And JA SOLAR (XINGTAI) CO., LTD., | )<br>)<br>)<br>)<br>)<br>) |
| Consolidated Plaintiffs, | )<br>) |
| SHANGHAI BYD CO., LTD., | )<br>) |
| Plaintiff-Intervenor, | )<br>) |
| TRINA SOLAR CO. LTD., YANCHENG TRINA GUONENG PHOTOVOLTAIC TECHNOLOGY CO., LTD., and CHANGZHOU TRINA SOLAR YABANG ENERGY CO., LTD., | )<br>)<br>)<br>)<br>) |
| Plaintiff-Intervenors, | )<br>) |
| v. | ) Consol. Court No. 20-03912 |
| UNITED STATES, | )<br>) |
| Defendant. | )<br>) |

NOTICE OF APPEAL

Notice is hereby given that defendant in the above-captioned action hereby appeals to the United States Court of Appeals for the Federal Circuit from the accompanying final judgment entered on December 19, 2023.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

        /s/ Reginald T. Blades, Jr.
        REGINALD T. BLADES, JR.
        Assistant Director

        /s/ Kelly Geddes
        KELLY GEDDES
        Trial Attorney
        Commercial Litigation Branch
        Civil Division, Department of Justice
        P.O. Box 480
        Ben Franklin Station
        Washington, D.C. 20044
        Tel. 202-307-2867
        E-mail: Kelly.Geddes2@usdoj.gov

Dated: February 16, 2024        *Attorneys for the United States*